NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**MEADWESTVACO CORPORATION** AND
**MEADWESTVACO CALMAR, INC.,**
*Plaintiffs-Appellees,*

v.

**REXAM BEAUTY AND CLOSURES, INC.** AND
**REXAM DISPENSING SYSTEMS S.A.S.,**
*Defendants-Appellants,*

AND

**VALOIS OF AMERICA, INC.,**
*Defendant-Appellant,*

AND

**VALOIS S.A.S.,**
*Defendant.*

_____

2012-1518, -1527

_____

Appeals from the United States District Court for the
Eastern District of Virginia in case no. 10-CV-0511,
Judge Gerald Bruce Lee.

_____

---

**MEADWESTVACO CORPORATION** AND
**MEADWESTVACO CALMAR, INC.,**
*Plaintiffs-Appellants,*

v.

**REXAM BEAUTY AND CLOSURES, INC.** AND
**REXAM DISPENSING SYSTEMS S.A.S.,**
*Defendants-Appellees,*

AND

**VALOIS OF AMERICA, INC.,**
*Defendant-Appellee,*

AND

**VALOIS S.A.S.,**
*Defendant-Appellee.*

---

2012-1528

---

Appeal from the United States District Court for the
Eastern District of Virginia in case no. 10-CV-0511,
Judge Gerald Bruce Lee.

---

**ON MOTION**

---

**O R D E R**

3          MEADWESTVACO CORPORATION v. REXAM BEAUTY

Upon consideration of MeadWestVaco Corporation's and MeadWestVaco Calmar, Inc.'s unopposed motion to dismiss appeal no. 2012-1528,

IT IS ORDERED THAT:

(1)  The motion to dismiss appeal no. 2012-1528 is granted.  Each side shall bear its own costs in 2012-1528.

(2)  The revised official caption in 2012-1518, -1527 is reflected above.

|  |  |
|---|---|
| | For The Court |
| SEP 2 5 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc:  Adam Phillip Samansky, Esq.
     Constantine L. Trela, Jr., Esq.
     Gene Stanley Winter, Esq.

s26

Issued As A Mandate (as to 12-1528 only):  SEP 2 5 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 5 2012

JAN HORBALY
CLERK